Steven Sheriff Abern, SBN 148690
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
JACK DUDUM and GIOVANNI KHAZRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MITCHELL DOYLE, | Case No.: C10-05046 EMC |
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER EXTENDING TIME TO COMPLETE ADR MEDIATION** |
| vs. | |
| JACK DUDUM, an individual, GIOVANNI KHAZRI, an individual, both dba Habanas Cuban Cuisine, | |
| Defendants. | |

This case was ordered to court mediation, and Stuart Gasner the assigned mediator, with mediation to be completed within 90 days, or by April 28, 2011 (Docket #14).

Due to the constraints of plaintiff's availability for mediation due to his school schedule, and the conflicts with defense counsel's and principal's calendars, the parties submit this Stipulation and proposed Order to extend the deadline to complete ADR until June 30, 2011.

The Parties have been cooperating while completing discovery.  The initial Case Management Conference is set for February 23, 2011.

IT IS SO STIPULATED.

Dated February 22, 2011          JANSSEN DOYLE LLP

By:   */s/ Richard P. Doyle, Jr.
      Richard P. Doyle, Jr., Attorneys For Plaintiff
      MITCHELL S. DOYLE
      *Mr. Doyle provided his consent that this
      document be electronically filed.

1

*Doyle v. Dudum, et al./*Case #C10-05046
Stipulation & [Proposed] Order Extending Time To Complete ADR Mediation

1  Dated: February 22, 2011                    HAAPALA, THOMPSON & ABERN, LLP

2                                              By:     /s/ Steven Sheriff Abern
                                                       Steven Sheriff Abern
3                                                      Attorneys For Defendants
                                                       JACK DUDUM and GIOVANNI KHAZRI
4

5                                        **ORDER**

6        PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS

7  ORDERED that the parties' time to complete ADR/mediation is extended and shall be

8  completed by June 30, 2011.

9  Dated:    2/23/11

10  _____

11                                                                   Magistrate Judge



Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Doyle v. Dudum, et al./*Case #C10-05046
Stipulation & [Proposed] Order Extending Time To Complete ADR Mediation