

1   Richard P. Doyle, Jr. (State Bar No. 112459)
    Jaime B. Herren (State Bar No. 271680)
2   JANSSEN DOYLE LLP
    140 Brookwood Road, Suite 102
3   Orinda, CA  94563
    Telephone:      (925) 295-1800
4   Facsimile:      (925) 253-1071

5   Attorneys for Plaintiff
    Mitchell S. Doyle

6

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    MITCHELL S. DOYLE, an individual,        Case No:  10-05046 CEM  EMC
11
                    Plaintiff,               **STIPULATED DISMISSAL WITH
12                                           PREJUDICE**  ; ORDER
           vs.
13
    JACK DUDUM, an individual, GIOVANNI
14  KHAZRI, an individual, both dba Habanas
    Cuban Cuisine,
15
                    Defendants.
16

17

18

19

20

21         Plaintiff Mitchel S. Doyle, throught counsel and pursuant to to Rule 41(a)(1)(i) of the

22  Federal Rules of Civil Procedure, herby states that all claims raised by Plaintiff against

23  Defendants Jack Dudum and Giovanni Khari, in this action, the same being Civil Action No. 10-

24  05046 CEM, are hereby dismissed with prejudice, with each party to bear its own attorney fees

25  and costs incurred.

26  //

27

JANSSEN DOYLE LLP

This Dismissal terminates and otherwise brings to a close all issues pending before the Court in Civil Action No. 10-05046 CEM.

Dated: May 3, 2011

Respectfully Submitted,

JANSSEN DOYLE LLP

By

Richard P. Doyle, Jr.
Attorneys for Mitchell S. Doyle

Dated: May 10, 2011

Respectfully Submitted,

HAAPALA, THOMPSON & ABERN, LLP

By:

Benjamin A. Thompson
Attorneys For Defendants

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

No. 10-05046 CEM                    PAGE 2
STIPULATED DISMISSAL WITH PREJUDICE